UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT OF NEW YORK
-----------------------------------------------------------------X
WEIHAI WEIBAI IMP. & EXP. CO., LTD.,

                                    Plaintiff      Case No.: 21-cv-10398 (JPC) (OTW)

      v.

A BASE IX COMPANY, LLC,                  **JUDGMENT UPON CONSENT**

                                  Defendant.
-----------------------------------------------------------------X

      This action having been commenced on December 6, 2021 by Plaintiff Weihai Weibai Imp & Exp Co., Ltd. ("Plaintiff") and against A Base IX Company LLC ("Defendant") seeking $101,086.80 in damages for Defendant's breach of contract; and

      **WHEREAS**, Defendant filed an Answer with affirmative defenses on January 5, 2022; and

      **WHEREAS,** Plaintiff and Defendant have agreed to settle all claims asserted or that could be asserted by either Plaintiff or Defendant in this pending litigation;

      **WHEREAS**, Defendant has consented to the entry of this judgment after December 31, 2022 as a term and condition of the final resolution of the pending litigation;

      **NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED,** that Plaintiff, Weihai Weibai Imp & Exp Co., Ltd., have judgment against Defendant, A Base IX Company LLC in the amount of $50,000.00, and it is further

      **ORDERED** that the Judgment rendered by the Court on this day in favor of the Plaintiff be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such Judgment forthwith, and it is further

      **ORDERED** that upon the entry of such Judgment the Court shall consider this matter closed and shall take the administrative steps necessary to close the matter.

The undersigned hereby consent to the
form and entry of this Consent Judgment:


*Brian M. Gargano*
_____
Brian M. Gargano, Esq.
Archer & Greiner P.C.
Attorney for Plaintiff, Weihai Weibai Imp & Exp Co., Ltd


_____
Harlan Lazarus, Esq.
Lazarus & Lazarus, P.C.
Attorney for Defendant, A Base IX Company LLC
225508833v1


Dated: New York, New York
       January 12, 2023

SO ORDERED:

_____
JOHN P. CRONAN
United States District Judge